UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 10 2016

David J. Bradley, Clerk of Court

CASE NO. **2:16CR310-1**

| | |
|---|---|
| UNITED STATES OF AMERICA | Judge __Hayden Head__ |
| | Courtroom Deputy __Arlene Rodriguez__ |
| vs. | Court Recorder __Judy Alvarez__ |
| | Proceeding: __Sentencing__ |
| JOHN ANTHONY PEREZ | Date: __08/10/2016__ |
| | Exhibit List of: Defendant |
| Page __1__ of __1__ Pages | Attorney: __John Gill__ |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Dept of Navy - Achievement Medal | ✔ | ✔ | | 08/10/2016 | |
| 2 | Letter | ✔ | ✔ | | 08/10/2016 | |



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### TO
SERGEANT JOHN A. PEREZ
UNITED STATES MARINE CORPS

### FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES IN SUPPORT OF OPERATION ENDURING FREEDOM, WHILE ASSIGNED TO SERVICE COMPANY, 9TH COMMUNICATION BATTALION, I MEF HEADQUARTERS GROUP, I MARINE EXPEDITIONARY FORCE, FROM 15 DECEMBER 2002 TO FEBRUARY 2003. ASSIGNED AS A HEAVY EQUIPMENT OPERATOR, SERGEANT PEREZ EXCAVATED AND LEVELED THE GROUND NECESSARY TO ACCOMMODATE ALL THE FUNCTIONAL AREAS NEEDED BY 9TH COMMUNICATION BATTALION. ALTHOUGH UTILIZING HOST NATION EQUIPMENT THAT WAS MECHANICALLY AND OPERATIONALLY DEGRADED, SERGEANT PEREZ'S TECHNICAL KNOWLEDGE AND RELENTLESS DETERMINATION KEPT THE GEAR IN AN OPERATIONAL STATUS. DUE TO HIS EXPERTISE, SERGEANT PEREZ WAS ASKED FOR BY NAME TO ASSIST THE ARMY ENGINEERS IN THE DEVELOPMENT OF FIRST FORCE SERVICE SUPPORT GROUP, INTELLIGENCE BATTALION AND 1ST MARINE DIVISIONS COMPOUNDS. RESULTS OF HIS EFFORTS GREATLY ENHANCED THE OVERALL MISSION ACCOMPLISHMENT OF THESE COMMANDS. SERGEANT PEREZ'S INITIATIVE, PERSEVERANCE AND TOTAL DEDICATION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 14TH DAY OF MAY 2003





SECRETARY
K. E. B
LIEUTENANT COLONEL
COMMA

DEFENDANT'S EXHIBIT
1
C-16-310

(REV. 7-99)
3000

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle)<br>PEREZ John Anthony | 2. DEPARTMENT, COMPONENT AND BRANCH<br>USMC-11 | 3. SOCIAL SECURITY NUMBER<br>454  67  2387 |
| 4a. GRADE, RATE OR RANK  SSgt<br>b. PAY GRADE  E-6 | 5. DATE OF BIRTH (YYYYMMDD)<br>19780804 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD)  20041106 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>San Antonio, TX MEPS | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known)<br>2215 Joclyn Road<br>Aransas Pass, TX 78336 | |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>I MEF HEADQUARTERS GROUP CAMPEN CA 92055 | b. STATION WHERE SEPARATED<br>I MEF HEADQUARTERS GROUP (20372) | |
| 9. COMMAND TO WHICH TRANSFERRED<br>N/A | | 10. SGLI COVERAGE  NONE<br>AMOUNT: $ 250,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)<br>1345 - Engineer Equipment Operator (07 years 00 months) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 1997 | 07 | 09 |
| | b. SEPARATION DATE THIS PERIOD | 2005 | 03 | 05 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 07 | 07 | 27 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 08 | 03 |
| | f. FOREIGN SERVICE | 01 | 02 | 02 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2004 | 11 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)<br>Marine Corps Good Conduct Medal x2, Global War on Terrorism Service Medal, Sea Service Deployment Ribbon x3, Global War on Terrorism Expeditionary Medal, National Defense Service Medal, Presidential Unit Citation- Navy, Navy Meritorious Unit Commendation, Certificate of Commendation (Individual Award) x7, Letter of Appreciation x3, Meritorious Mast, | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)<br>Tan Belt Crs (2002), Corporals Leadership Crs (1999), Engineer Equipment Operator Crs (1998). |
|---|---|

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |

| 16. DAYS ACCRUED LEAVE PAID  19.5 RLB 0.0 SLB | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS
Marine Corps Good Conduct Medal Period Commences: 20030709
Member contributed $1,200 to the Marine Corps MGIB.

Continued from block #13: Navy and Marine Corps Achievement Medal, Certificate of Appreciation.

45502-2005-2228

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code)<br>1515 Cossuth Street<br>Rockport, TX 78382 | b. NEAREST RELATIVE (Name and address - include ZIP Code)<br>Alma J. Montez (Mother)<br>PO Box 1331, Aransas Pass, TX 78336 | |
|---|---|---|
| 20. MEMBER REQUESTS COPY 6 BE SENT TO  TX | DIRECTOR OF VETERANS AFFAIRS | X YES  NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)<br>D. C. THOMAS, CWO3, PERSO, USMC | |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION<br>Discharged | 24. CHARACTER OF SERVICE (Include upgrades)<br>HONORABLE | |
|---|---|---|
| 25. SEPARATION AUTHORITY<br>MARCORSEPMAN par 1005 | 26. SEPARATION CODE<br>KBK1 | 27. REENTRY CODE<br>RE-1A |
| 28. NARRATIVE REASON FOR SEPARATION<br>Completion of required active service. | | |
| ES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | | 30. MEMBER REQUESTS CO<br>(Initials) |

14, FEB 2000   PREVIOUS EDITION IS OBSOLETE.

NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| PEREZ John Anthony | USMC-11 | 454 67 2387 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| SSgt | E-6 | 19780804 | 20041106 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| San Antonio, TX MEPS | 2215 Joclyn Road, Aransas Pass, TX 78336 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| I MEF HEADQUARTERS GROUP CAMPEN CA 92055 | I MEF HEADQUARTERS GROUP (20372) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| N/A | AMOUNT: $ 250,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 1345 - Engineer Equipment Operator (07 years 00 months) | a. DATE ENTERED AD THIS PERIOD | 1997 | 07 | 09 |
| | b. SEPARATION DATE THIS PERIOD | 2005 | 03 | 05 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 07 | 07 | 27 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 08 | 03 |
| | f. FOREIGN SERVICE | 01 | 02 | 02 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2004 | 11 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| Marine Corps Good Conduct Medal x2, Global War on Terrorism Service Medal, Sea Service Deployment Ribbon x3, Global War on Terrorism Expeditionary Medal, National Defense Service Medal, Presidential Unit Citation- Navy, Navy Meritorious Unit Commendation, Certificate of Commendation (Individual Award) x7, Letter of Appreciation x3, Meritorious Mast, | Tan Belt Crs (2002), Corporals Leadership Crs (1999), Engineer Equipment Operator Crs (1998). |

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | X NO |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID 19.5 RLB 0.0 SLB | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | X NO |
|---|---|---|---|

**18. REMARKS**
Marine Corps Good Conduct Medal Period Commences: 20030709
Member contributed $1,200 to the Marine Corps MGIB.

Continued from block #13: Navy and Marine Corps Achievement Medal, Certificate of Appreciation.

45502-2005- 2228

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 1515 Cossuth Street, Rockport, TX 78382 | Alma J. Montez (Mother), PO Box 1331, Aransas Pass, TX 78336 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO TX | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| /signature/ | D. C. THOMAS, CWO3, PERSO, USMC /signature/ |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| Discharged | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN par 1005 | KBK1 | RE-1A |

**28. NARRATIVE REASON FOR SEPARATION**
Completion of required active service.

**29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)**

**30. MEMBER REQUESTS COPY** (Initials)

DD FORM 214, FEB 2000   PREVIOUS EDITION IS OBSOLETE.   MEMBER



Dear LALO, LYLA, AND KADENCE

I want to start off by apologize for all the wrong I have done to you all. Words cannot express the pain I feel inside for what I have put you all through, and made you do. Everything is my fault. I allowed myself to use the best thing I ever recieved in life and abused it in a terrible way. I have taken a part of you that I should have never taken and now can never give back. I allowed my weakness to take over me, and in-turn, violated you all to the point where I wish I could turn back time and undo what has been done.

I strived to be the best person I could be for you all. The best mentor, teacher, leader, and friend I could be and I feel I have failed on all aspects. I struggled to be the best father I could be and give you all the best things in life that my father failed to give me. Yet now here I stand in the same spot I tried so hard to not be and am now am looked upon the same. I cannot express my deepest regrets for what I have done to you all. Now because of my actions your lives have now been flipped upside down and I am forced to watch helplessly from a distance the security and stability you once had be torn out from under you. I cry every single day for the guilt I hold inside me. I not only lied to you but also to myself that what we was doing was right, yet now I know more than ever how wrong it was.

I wish I can go back and correct my wrong doings and give yall the perfect father you deserve, but I know I can't. All I can do is learn from my mistakes and ask for forgivness and hope you all grant me the oportunity to show you I can be a better person and father to you. I swear I never wished for any of this to happen. I promise you that I will do everything in my power to seek the help necessary to accomplish that

LALU

I want to say I am heart broken for what I have done to you. You were brought into this World and was the first to award me the title of dad, yet I have tainted it by not protecting you like I should have. I am sorry for all the wrong I have done to you throughout your life. I never ment for any of it to end this way. Can you see it in your heart to forgive me. I ask that you give me a second chance to be the father you need. I have learned a lot from you in life. I just hope that you allow me to continue to be a part of your life so that I may continue to learn to be a better person.

LYLA

I cannot express enough my sadness to know that I have done so much wrong onto you. I influenced you to do things I should have ever done. I have decieved you to believe that what we was doing was OK, but now I know as well now that I was wrong. I am supposed to teach you rights and does of life, but I ended up showing you the wrongs and don'ts as well. I am so sorry for all I have done. I ask for your forgiveness that you may one day give me chance to earn your love, trust, and respect back.

KADENCE

I can truely say that I am sorry for what I had done to you as well. I took advantage of your love and devotion you had for me to do wrong. I have failed as a father to show you how you should be loved as a daughter. I was never truely shown how myself, but now I see. I am deeply saddened that now, and wish there was some way I can prove to you that I can be that better person. I start now by accepting responsibility for my actions. I'm so sorry for all I have done and the losses you will endure. Forgive me that I may only hope you give me a second chance to continue to be in your life.

Love Always   Love Forever

DAD

